IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PETER J. SMITH, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:22-cv-307-ECM |
| | ) |
| MONTGOMERY COUNTY, ALABAMA, *et al.*, | ) |
| | ) |
|   Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On October 24, 2023, the Magistrate Judge entered a Recommendation (doc. 12) to which no timely objections have been filed.  Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 12) is ADOPTED, and this case is DISMISSED without prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)–(ii).

A separate Final Judgment will be entered.

DONE this 12th day of December, 2023.

                                                /s/ Emily C. Marks
                                                EMILY C. MARKS
                                                CHIEF UNITED STATES DISTRICT JUDGE